IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA ANN WARREN,<br>   Plaintiff | :<br>:<br>:  CIVIL NO. 15-189 |
| v. | :<br>: |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br>   Defendant | :<br>:<br>: |

**ORDER**

AND NOW this 28th day of January, 2016, upon consideration of the Report and Recommendation of Magistrate Judge Richard A. Lloret, and upon careful and independent consideration of the Plaintiff's claims and the Defendant's response it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED.

2. The Plaintiff's request for judicial review is GRANTED and the matter is REMANDED to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

3. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

_____
HON. WENDY BEETLESTONE
U.S. District Court Judge